# United States District Court

## *Southern District of Georgia*

HOLDEN BLACKWELL

_____
Plaintiff

Case No. ___1:25-cv-00032___

**v.**

CSX TRANSPORTATION, INC.

_____
Defendant

Appearing on behalf of

___CSX TRANSPORTATION, INC.___

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __3rd__ day of ___April___, __2026__ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER:        Mark E. Toth
_____

Business Address:        Hall, Bloch, Garland & Meyer, LLP
_____
Firm/Business Name

577 Mulberry Street
_____
Street Address

| Suite 1500 | Macon | GA | 31201 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| 478-745-1625 | | 714727 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address:        marktoth@hbgm.com