AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

HOLDEN BLACKWELL,

v.

CSX TRANSPORTATION, INC.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 1:25-cv-00032

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed September 17, 2026, judgment is entered in favor of Defendant CSX Transportation, Inc. This case stands closed.

9/17/2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Ann Duke, Deputy Clerk*